FILED
CLERK, U.S. DISTRICT COURT
06/10/16
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY S. SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
     Ronald Reagan Federal Bldg & U.S. Courthouse
     411 West 4th Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3592
     Facsimile: (714) 338-3708
     E-mail:    gregory.scally@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>FABIAN JALILVAND TEHRANI,<br><br>    A Fugitive from the Government of Germany. | No. SA 16-MJ-250-RAO<br><br>ORDER |
|---|---|

   Pursuant to the government's uncontested motion at a hearing held in this matter on June 10, 2016, the Complaint for Arrest Warrant and Extradition, its attached Exhibit 1, and Order Thereon, in the above-captioned matter, SA 16-MJ-250, are all ordered unsealed.  Pursuant to the parties' joint request at the same

//

//

1  hearing, the docket itself, for case number SA 16-MJ-250, shall be
2  unsealed.
3      IT IS SO ORDERED.

5  June 10, 2016
6  DATE                              HONORABLE ROZELLA A. OLIVER
                                     UNITED STATES MAGISTRATE JUDGE

7  Presented by:

8      /s/
9  GREGORY S. SCALLY
   Assistant United States Attorney